**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff*, v. **$3,415,000.00 IN UNITED STATES CURRENCY,** *Defendant in Rem.* | Civil Action No. 17-4429 ORDER |

**ARLEO, UNITED STATES DISTRICT JUDGE**

**THIS MATTER** having come before the Court by way of Plaintiff United States of America's ("Plaintiff" or "the Government") motion for the entry of default judgment and final order of forfeiture of a total of $3,415,000.00 in U.S. currency pursuant to Federal Rule of Civil Procedure 55(b), ECF No. 6;

and for the reasons set forth in the accompanying opinion;

**IT IS** on this the 14th day of September, 2018,

**ORDERED** that the Government's motion for default judgment, ECF No. 6, is **GRANTED** and it is further

**ORDERED** that a final order of forfeiture is **GRANTED** against the Defendant Property; no right, title, or interest in the Defendant Property ($3,415,000.00 in United States currency) shall exist in any other party; and it is further

**ORDERED** that all forfeited funds, as well as any income derived as a result of the United States' management of any property forfeited herein, after the payment of costs and expenses

incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith into the United States Department of Justice Assets Forfeiture Fund, in accordance with all applicable laws.

             */s Madeline Cox Arleo*
             **Hon. Madeline Cox Arleo**
             **United States District Judge**